RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 5/11/09
BY

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| UNITED STATES | DOCKET NO. 98-cr-10005 |
|---|---|
| VERSUS | JUDGE DEE D. DRELL |
| ROBERT FRANKLIN BRUCE | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Bruce's motion to vacate, set aside or correct sentence be DISMISSED with prejudice.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE