**RECEIVED**
IN ALEXANDRIA, LA.

JUN 23 2009

TONY R. MOORE, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 3:98CR10005-01** |
| **VERSUS** | **JUDGE DRELL** |
| **ROBERT FRANKLIN BRUCE** | **MAGISTRATE JUDGE KIRK** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _ALEXANDRIA_, Louisiana, this 23rd Day of _JUNE_, 2009.

Dee D. Drell
UNITED STATES DISTRICT JUDGE